IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAHNDRAY T. BONDS,**
**ID #357652**                                                                                                            **PLAINTIFF**

V.                         CASE NO. 3:18-CV-125-BSM-BD

**MARTIN,** *et al*.                                                                                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Bonds may file written objections to this Recommendation if he wishes. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Bonds may waive the right to appeal questions of fact.

**II.**     **Discussion:**

Dahndray T. Bonds, formerly an inmate at the Arapahoe County Detention Facility ("Detention Facility"), filed this civil rights lawsuit on July 10, 2018, in the Western District of Arkansas. (Docket entry #1) The same day, the case was transferred to the Eastern District of Arkansas. Mr. Bonds is no longer incarcerated at the Detention Facility, as evidenced by mail returned to the Court as undeliverable with notations that

Mr. Bonds is no longer in custody. (#7, #8, #10) Mr. Bonds has failed to inform the Court of his new address as required by the Court's local rules.

On August 27, 2018, Mr. Bonds was ordered to provide the Court notice of his current address within 30 days. (#9) To date, he has failed to comply with the Court's August 27, 2018 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Bonds that his claims could be dismissed if he failed to notify the Court of a change in his address. (#2, #9)

**III.   Conclusion:**

The Court recommends that Mr. Bonds's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 27, 2018 Order and failure to prosecute this case.

DATED this 28th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE