IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAHNDRAY T. BONDS**  **PLAINTIFF**
**ID #357652**

v.   CASE NO. 3:18-CV-00125 BSM

**MARTIN, et al.**   **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 11] submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, this case is dismissed without prejudice due to plaintiff Dahndray Bonds's failure to comply with the order dated August 27, 2018. Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 16th day of October 2018.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE