## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DAHNDRAY T. BONDS**                                                              **PLAINTIFF**
**ID #357652**

**v.**                                    **CASE NO. 3:18-CV-00125 BSM**

**MARTIN, et al.**                                                                **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE